AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

**SEALED BY ORDER OF THE COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 30, 2025 1:49 PM
Lucy H. Carrillo, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>BILL VAN NGUYEN aka "Sau"<br><br>*Defendant(s)* | Case No.<br>MJ25-00815 KJM<br><br>**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2023 to April 2025__ in the county of __Honolulu__ in the _____ District of __Hawaii and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841(a)(1), (b)(1)(A), and 846 | conspiracy to distribute controlled substances, 50 grams or more of methamphetamine and 400 grams or more of fentanyl |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Steven Lee, FBI Special Agent
Printed name and title

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: June 30, 2025

City and state: Honolulu, Hawaii

_____
Kenneth J. Mansfield
United States Magistrate Judge

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Email:  Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILL VAN NGUYEN,<br><br>Defendant. | Case No. MJ25-00815 KJM<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Steven Lee, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1. This affidavit is submitted for the purpose of establishing probable cause that on or around April 2023 to present, within the District of Hawaii, Bill Van Nguyen ("NGUYEN"), the defendant, committed the offense of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, conspiracy to distribute controlled substances, namely methamphetamine (50 grams or more) and fentanyl (400 grams or more).

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since September 2015.  My first assignment was as a member of the FBI Joint Terrorism Task Force, serving on a Domestic Terrorism squad for approximately two years. I was also assigned to the Oakland FBI Resident Agency and worked violent criminal matters, gangs, weapons, narcotics trafficking organizations, and various other offences in Alameda County, California. I am currently assigned to the Transnational Organized Crime squad in Honolulu, HI and am attached to the High Intensity Drug Trafficking Area ("HIDTA") group.

3. Prior to my employment with the FBI, I was a Detective with the Boulder County Sheriff's Office in Colorado, where I was assigned to the Boulder County Drug Task Force ("BCDTF") from April 2011 to August 2015, and was a Police Officer in the State of Colorado since August 2005. The BCDTF is a HIDTA Task Force, comprised of local law enforcement officers who investigate

any and all felony drug violations and drug-related crimes in the State of Colorado, primarily in Boulder County.

4. My training and experience as a Detective includes, but is not limited to, conducting surveillance, interview and interrogation, authoring various affidavits (arrest warrants, GPS warrants, phone tolls, ping warrants, Title III intercepts, residential search warrants, etc.), and managing the assistance of undercover agents and informants. I also served as a SWAT Operator, Police Training Officer, Defensive Tactics Instructor, and Colorado Peace Officer Standards and Training Instructor for Confidential Informant Management and Surveillance Operations.

5. I have worked as an undercover officer and developed contacts with drug users, drug sellers, and drug informants. While assigned to the BCDTF, I attended a 56-hour Basic Drug Investigators course, hosted by the U.S. Drug Enforcement Administration and Rocky Mountain HIDTA Training Staff. During this training, I learned about working with and handling confidential informants, conducting surveillance operations, and managing complex drug investigations. Additional training includes over 100 hours of coursework through the Multijurisdictional Counter Drug Task Force, to include, but not limited to Patrol Drug Investigations, Clandestine Laboratory Investigations, Conspiracy Investigations, Narcotics Investigations, Money Laundering, and Street Gangs.

6.      Through my training and experience, I have become familiar narcotics traffickers' methods of operation, including the storage, transportation, and distribution of narcotics, the collection of money that represents the proceeds of narcotics trafficking, and the efforts of those involved in such activity to avoid detection by law enforcement. I have also worked with other federal agents and law enforcement officers who have investigated these crimes and have shared their knowledge and experience regarding the manner in which illegal narcotics are obtained, sold, and used.

7.      The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other law enforcement personnel and federal agents in Hawaii, California, and elsewhere.

8.      I know that fentanyl -- N-phenyl-N-(1-(2-phenylethyl}-4-piperidinyl] propanamidefentanyl -- and methamphetamine are Schedule II controlled substances.

9.      This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and offense and does not set forth all of my knowledge about this matter.  I have set forth only the facts that I believe are necessary to establish probable cause to support the requested Complaint.

## PROBABLE CAUSE

10. The United States, including the Federal Bureau of Investigation ("FBI") and Drug Enforcement Administration ("DEA"), have been conducting a criminal investigation into Bill Van NGUYEN aka "SAU" ("NGUYEN"), CO-CONSPIRATOR, and other identified and unidentified subjects regarding violations of federal narcotics offenses.

12. In April 2023[1], an FBI Confidential Human Source (CS) identified a California drug supplier as NGUYEN (Date of Birth: 10/XX/1968) living in the Los Angeles, Orange County area. CS provided investigators with a telephone number and arranged for the introduction of an FBI Undercover Employee (UCE). UCE and NGUYEN arranged and engaged in multiple drug transactions between April 2023 and April 2025 in Hawaii, California, and elsewhere.

### Purchase of 20 Lbs. Methamphetamine

13. On May 9, 2023, UCE and NGUYEN met at a restaurant in the Los Angeles area. They negotiated a 20 lbs. methamphetamine deal at $1400/lbs. UCE provided NGUYEN with $20,000 as a down payment. At that meeting, NGUYEN also gave UCE a small box as a "sample." Inside the box was a baggie with one large crystal of suspected methamphetamine. The substance field tested positive for methamphetamine.

---

[1] All dates included herein are "on or about" or "in or around."

14. On May 10, 2023, NGUYEN texted UCE a photograph of a shipping label for a 28 lbs. parcel to an address in Oahu that UCE had provided to NGUYEN.

15. On May 12, 2023, the parcel was delivered to Oahu with the same shipping label NGUYEN had texted UCE. The parcel contained 6 metal cans with condensed milk labels glued to the exterior. Inside, approximately 20 lbs of methamphetamine was shrink wrapped and then wrapped in some type of fuel-soaked paper towel, saran wrapped and covered in aluminum foil.[2]

**Payment and Delivery of 1 Kg. Fentanyl Powder**

16. UCE and NGUYEN scheduled a meet for May 16, 2023, for payment of $28,000: $8,000 would pay off the remaining balance of 20 lbs methamphetamine and $20,000 would pay for one kilogram of pure fentanyl powder. To collect the funds, NGUYEN sent UCE a photograph of plane tickets for CO-CONSPIRATOR and provided a phone number.

17. CO-CONSPIRATOR contacted UCE and advised he would meet UCE at the Honolulu airport. At the meeting, UCE and CO-CONSPIRATOR engaged in conversation about payment and narcotics and facetimed NGUYEN to discuss narcotics transactions. UCE provided CO-CONSPIRATOR with $28,000.

---

[2] Official drug testing laboratory results for the controlled substances described herein are listed in the table at the end of this affidavit.

18. On May 18, 2023, NGUYEN sent UCE a photograph of a shipping label. The weight was listed as 6 lbs. Based on UPS tracking information, the parcel showed an expected delivery date of May 22, 2023. On that date, the parcel with the same shipping label was delivered to the Oahu controlled address.

19. The parcel contained two large cans containing fentanyl with the same types of labels that were on the 20 lbs methamphetamine shipment. Upon opening the first can, an immediate and strong odor consistent with nail polish was detected. A large foil wrapped object was removed from the can and a milky white residue could be seen on the foil and in the can. Upon unwrapping the foil, a black vacuum sealed bag was identified, which was wrapped in fuel/oil-soaked paper towel and then saran wrapped. The second can was packaged in the same manner as the first.

**Telephone Order, Payment, and Delivery of 12,000 Fentanyl laced M30 Pills**

20. On June 26, 2023, UCE and NGUYEN had the following text message conversation:

- NGUYEN: "12,000 pill plus ups total $12,600 $500 package for you Total=$13,000"
- UCE: "Yes that what I remember"
- UCE told NGUYEN that he cannot fly anytime soon to meet and NGUYEN responded about contacting a friend to assist.
- Later NGUYEN: "Your friend they need girl" and later "Hey brother the girl I give $1300 pound"  From context, the UCE understood this to mean $1,300 per pound of crystal methamphetamine.
- UCE: "Not yet"

7

- NGUYEN: "[CO-CONSPIRATOR] he call you"
- Later UCE: "I got no call"; "You give him new number?"; "How much total do I give him"
- NGUYEN: "$13,650"
- UCE: "Ok"
- Later NGUYEN: "Ok I call him book ticket"
- UCE: "I will give you different address to send"
- NGUYEN: "Ok brother"

21. On June 30, 2023, UCE met with CO-CONSPIRATOR at the Honolulu Airport. NGUYEN sent CO-CONSPIRATOR to Hawaii to pick up drug-related currency in the amount of $13,650 from UCE for a future shipment of 12,000 M30 Fentanyl-laced pills. CO-CONSPIRATOR and UCE met and called NGUYEN together to confirm the deal and payment. UCE provided CO-CONSPIRATOR with $13,650.

22. On July 3, 2023, NGUYEN texted UCE a photograph of a shipping label for a 5 lbs. parcel. On July 6, 2023, a package with the same shipping label was delivered to the Oahu controlled address. Law enforcement opened the parcel, which contained one large metal can with paper hominy labels glued to the exterior. The can contained approximately 12,000 M30 Fentanyl laced pills packaged in black shrink wrap that was then wrapped in aluminum foil with some type of fuel paste on it.

**Purchase of 1 Kg. Fentanyl Powder and 4000 Fentanyl laced M30 Pills**

23. On August 17, 2023, UCE and NGUYEN met at a restaurant in

8

Westminster, CA for a meeting. UCE and NGUYEN negotiated a 1 kg deal for Fentanyl powder at $20,000 dollars and 4,000 pressed Oxycodone pills for $4,900 dollars. UCE provided NGUYEN with $24,900 dollars as payment.

24. NGUYEN asked UCE to help him ship drugs to Australia and asked UCE what his fee would be.

25. NGUYEN also asked the UCE if they had contact with the CHS and NGUYEN shared with the UCE that the CHS owed money to his friend. NGUYEN then stated that if the CHS did not pay off their debt, NGUYEN would have his team "kill" the CHS.

26. On August 14, 2023, NGUYEN had texted UCE a photograph of the shipping label with tracking number. On August 23, 2023, A package with the same shipping label was delivered to the Oahu controlled address. Inside the package was one large aluminum can. The can had a low-quality product label affixed to the exterior, purporting the contents to be green tea. Upon opening the can, there was an immediate odor of some type of fuel and an item wrapped in aluminum foil. After unwrapping the foil, there were two layers of black vacuum sealed bags, with, what law enforcement suspected to be four large packages of M30 pills tucked between the two layers. Each bag of M30 pills contained approximately 1000 M30 pills. The next layer of packaging was another black vacuum sealed bag containing a large rectangular item wrapped in aluminum foil.

9

This item was kept sealed, due to the belief it contained the kilogram of fentanyl powder based on the prior negotiated UCE transaction.

### Telephone Order of 1 Kilogram Fentanyl Powder

27.     UCE and NGUYEN exchanged text messages during the week of October 8, 2023. The following is a selection:

- UCE and NGUYEN discuss "fd", "fed" and "M30".[3]
- UCE: "I like the 1 kilo fd still $19k including ship".
- NGUYEN: "Ok brother only you is My brother"
- UCE and NGUYEN then discuss payment. NGUYEN told UCE to talk to CO-CONSPIRATOR directly.
- UCE: "Cannot wire money to you or bank? Cheaper and easier for me"
- NGUYEN: "You want to try you going your bank you ask them" & "I have Bank of America"
- UCE: "I will ask my bank tomorrow"
- NGUYEN: "Ok brother"

### Payment and Delivery of Fentanyl Powder

28.     On October 27, 2023, per information provided by NGUYEN and at his direction, FBI deposited $19,000 for 1 Kg of Fentanyl powder into a bank account, where records show that NGUYEN is a signatory.

29.     On October 31, 2023, UCE received photographs from NGUYEN of a package purported to be one kilogram of Fentanyl, which NGUYEN was mailing to the UCE. The photographs included a shipping label and a picture of a

---

[3] Based on my training and experience and involvement in this case, "fd" and "fed" mean fentanyl. "M30" means oxycodone 30mg.

10

vacuum sealed package containing a rectangular block wrapped in duct tape, a large, sealed aluminum can packed in a cardboard box.

30. The package was delivered on November 2, 2023 to the Oahu controlled address. NGUYEN reported he was in Mexico and could not check the tracking system. The package appeared to contain coffee grounds and did not match the packaging of the photographs sent by NGUYEN. NGUYEN told UCE that he mailed out the fentanyl.

31. During the week of December 17, 2023, NGUYEN texted the UCE that he would front the UCE a ½ kilogram of fentanyl powder. NGUYEN sent the UCE a photograph of a shipping label. On January 5, 2024, the package containing fentanyl was delivered to the Oahu controlled address and received by law enforcement.

32. At a meeting on January 11, 2024, the "CHS"[4] paid NGUYEN $10,000 for the ½ kilogram of fentanyl powder.

### Selection of Additional Drug Trafficking Text Messages

33. Week of July 7, 2024: NGUYEN texted and asked CHS if CHS needed any product. CHS responded things are slow and CHS does not have any

---

[4] The UCE and the CHS in this affidavit are the same individual. For internal investigative documentation purposes unrelated to the probable cause to support this affidavit, the reference label changes in the affidavit.

11

money. NGUYEN offered a pound of methamphetamine for $1000 and a kilogram of fentanyl for $18,000.

34. Week of August 11, 2024: NGUYEN texted CHS that the police seized 200 kilograms of methamphetamine and 200 kilograms of cocaine from his residence and business. NGUYEN stated this occurred "last month and last two weeks". NGUYEN said the police don't know about him because his name is not associated with any of the locations or businesses. NGUYEN asked CHS if CHS needed any product and advised if CHS wanted lower prices, CHS can purchase the drugs in California and arrange shipping independently. NGUYEN said he still has product because he has his connection to Mexico. NGUYEN told CHS his stuff is really good because it is not mixed and CHS contact is getting it so cheap because it is mixed. NGUYEN concluded the conversation by asking if CHS needed any fentanyl.

35. Week of August 18, 2024: NGUYEN texted CHS and asked if CHS needs any "fan".[5]

36. On February 8, 2025, NGUYEN texted CHS from a new number. CHS said he/she needed business. NGUYEN asked what CHS needed. CHS inquired about methamphetamine and NGUYEN wrote, "I know what u need but

---

[5] Based on my training and experience and involvement in this investigation, I believe that "fan" is fentanyl.

my friend he didn't have that. No fn". Prior conversations involving NGUYEN identified fn to be coded language for fentanyl. On February 19, 2025, NGUYEN asked CHS to call him. NGUYEN told CHS he had good news. NGUYEN said he acquired a new source of supply and was going to meet with him today to get prices. NGUYEN described his source as a Mexican male. NGUYEN told CHS he would let CHS know about pricing after the meet.

### CHS Meet with NGUYEN for Methamphetamine

37.     On April 1, 2025, NGUYEN and CHS met at a restaurant in Orange, California. NGUYEN had told CHS that he was out of product but would soon be resupplying. The CHS placed an order with NGUYEN for two pounds of methamphetamine and gave him $2,500.

### DEA Lab Reports for Drug Seizures

38.     All drugs seized from NGUYEN, with the exception of the May 9, 2023 one ounce methamphetamine "sample," were submitted to the DEA Southwest Laboratory for testing. The results are as follows:

| DRUG | NET WEIGHT | PURITY | PILL COUNT | EVENT |
|---|---|---|---|---|
| Methamphetamine | 8888 g ± 3 g | 100% ± 6% | | 5/12/23 Deal with Bill NGUYEN |
| Fentanyl | 997 g ± 1 g | 59% ± 5% | | 5/22/23 Deal with Bill NGUYEN |
| Fentanyl | 1316.9 g ± .5 g | | 11849 | 7/6/23 Deal with Bill NGUYEN |

13

| | | | | |
|---|---|---|---|---|
| Fentanyl | 1042.6 g ± .2 g | 21% ± 3% | | 8/23/23 Deal with Bill NGUYEN |
| Fentanyl | 441.7 g ± .9 g | | 3961 | 8/23/23 Deal with Bill NGUYEN |
| Fentanyl | Waiting for Results[6] | | | 1/5/24 Deal with Bill NGUYEN |

## CONCLUSION

39.  Based on the foregoing, I believe there is probable cause to conclude BILL VAN NGUYEN aka "SAU" committed the offenses of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, conspiracy to distribute controlled substances, namely methamphetamine (50 grams or more) and fentanyl (400 grams or more).

DATED: Honolulu, Hawaii, June 30, 2025.

Respectfully submitted,

Steven Lee
Special Agent
Federal Bureau of Investigation

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 30th day of June, 2025, at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge

---

[6] 1/5/24: Approximately .5 KG Fentanyl (Waiting on Lab Report)